**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1660**

RONNIE ORE,

 Plaintiff – Appellant,

 v.

HAMPTON ROADS REGIONAL JAIL,

 Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:11-cv-00244-RGD-FBS)

Submitted: October 18, 2011       Decided: October 24, 2011

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronnie Ore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Ore appeals the district court's order dismissing his complaint without prejudice pursuant to 28 U.S.C.A. § 1915(e) (West Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ore v. Hampton Rds. Reg'l Jail</u>, No. 2:11-cv-00244-RGD-FBS (E.D. Va. June 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2